**Fill in this information to identify the case:**

Debtor name: True Enterprise, LLC

United States Bankruptcy Court for the: Southern District of Florida

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | North American Transaction Services<br>PO Box 7247-6171<br>Philadelphia, PA, 19170 | | Suppliers or Vendors | | | | 44,381.32 |
| 2 | SCS Engineers<br>3900 Kilroy Airport Way<br>Suite 100<br>Long Beach, CA, 90806-6816 | | Suppliers or Vendors | | | | 14,407.50 |
| 3 | Earth Tech Drilling<br>19263 Redberry Court<br>Boca Raton, FL, 33498 | | Suppliers or Vendors | | | | 4,650.00 |
| 4 | Kalis Kleinman & Wolfe<br>7320 Griffin Rd<br>Suite 109<br>Fort Lauderdale, FL, 33314 | | Debt Counseling / Attorneys | | | | 4,380.00 |
| 5 | Daleth, Inc.<br>c/o Weires, Murdock, PLLC<br>14 S.E. 4TH ST<br>Boca Raton, FL, 33432 | | | | | | 0.00 |
| 6 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA, 19101 | | Taxes & Other Government Units | | | | 0.00 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 1

Debtor   True Enterprise, LLC   Case number (*if known*)_____
        _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2